**DENIED and Opinion Filed April 17, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00908-CV

## IN RE DYNAMIC SLR INC., MOHAMMAD ELASHI, AND SYNAPTIC SOLAR, LLC, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04389-D**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Reichek

Before the Court is relators' September 14, 2023 petition for writ of mandamus. Relators challenge the trial court's July 10, 2023 Order Denying Defendants' Plea in Abatement.

Entitlement to mandamus relief ordinarily requires a relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). A relator, however, need only establish a trial court's abuse of discretion to demonstrate entitlement to mandamus relief with regard to a plea in

abatement in a dominant-jurisdiction case. *In re J.B. Hunt Trans., Inc.*, 492 S.W.3d 287, 299–300 (Tex. 2016) (original proceeding).

After reviewing the petition and the record before us, we conclude that relators failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
230908F.P05                              JUSTICE